# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 26, 2022

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Doyle, Daniel James | Docket No. | 0980 4:22CR06004-001 |

### Petition for Action on Conditions of Pretrial Release

  COMES NOW Daniel M. Manning, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Daniel James Doyle, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James P. Hutton sitting in the court at Yakima, Washington, on the 9th day of March 2022, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

  RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
    (If short insert here; if lengthy write on separate sheet and attach.)

On March 10, 2022, the conditions of pretrial supervision were reviewed with and signed by Mr. Doyle, acknowledging an understanding of his conditions.

**Violation #1:** Daniel Doyle is considered to be in violation of his conditions of pretrial release by using a controlled substance, methamphetamine, on or about April 12, 2022.

Mr. Doyle contacted the undersigned on April 14, 2022, to report that he provided a drug test at Merit Resource Services on April 13, 2022, which tested positive for methamphetamine. Mr. Doyle wanted to advise the undersigned that he had used methamphetamine on April 12, 2022, before the undersigned was notified of the positive drug test.

    PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

---

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on:   April 26, 2022 |
| by | s/Daniel M. Manning |
|  | Daniel M. Manning<br>U.S. Pretrial Services Officer |

PS-8

Re: Doyle, Daniel James
April 26, 2022
Page 2

THE COURT ORDERS

[x]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this
      petition with the other violations pending before the
      Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

4/26/2022
_____
Date