UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 06, 2022

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Doyle, Daniel James | Docket No. | 0980 4:22CR06004-MKD-1 |
|---|---|---|---|

### Petition for Action on Conditions of Pretrial Release

      COMES NOW Daniel M. Manning, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Daniel James Doyle, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James P. Hutton sitting in the Court at Yakima, Washington, on the 9th day of March, 2022, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Special Condition #7:** Defendant shall submit to random urinalysis and Breathalyzer testing as directed by the United States Probation/Pretrial Services Office.

**Special Condition #11:** Home Detention: Defendant shall be restricted to Defendant's parent's residence at all times except for attorney visits; court appearances: case-related matters; court-ordered obligations; or other activities as pre-approved by the pretrial services office or supervising officer, including but not limited to employment, religious services, medical necessities, substance abuse testing or treatment. All firearms must be removed from the residence prior to Defendant's release.

      RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On March 10, 2022, the conditions of pretrial supervision were reviewed with and signed by Daniel James Doyle, acknowledging an understanding of his conditions.

**Violation #1:** Daniel James Doyle is considered to be in violation of his conditions of pretrial release by using a controlled substance, methamphetamine, between May 21, and 31, 2022.

Mr. Doyle and his substance abuse counselor at Merit Resource Services (Merit) contacted this officer on May 31, 2022, by telephone. Merit reported Mr. Doyle failed to attend a random drug test on May 26, 2022, but was present that evening for treatment services. He was noted as acting outside his normal behavior at his drug treatment class that night. Merit contacted Mr. Doyle to attend a one-on-one meeting on May 31, 2022, to discuss this behavior. At that time, Mr. Doyle admitted to recent use of methamphetamine. Mr. Doyle reported he has been using methamphetamine daily, starting on May 21, 2022, and continuing until the date of the telephone contact, May 31, 2022. Merit recommended Mr. Doyle attend daily self-help group meetings in addition to his regular treatment schedule, and they would hold a clinical staffing to see if Mr. Doyle would be reassessed as possibly needing intensive inpatient treatment to address his ongoing substance abuse issues.

**Violation #2:** Daniel James Doyle is considered to be in violation of his conditions of pretrial release by failing to attend a random drug test at Merit on May 26, 2022.

As noted in the above violation, Merit and Mr. Doyle contacted this officer by telephone on May 31, 2022. Mr. Doyle had failed to attend a random drug test at Merit, on May 26, 2022.

PS-8

Re: Doyle, Daniel James
June 6, 2022
Page 2

**Violation #3:** Daniel James Doyle is considered to be in violation of his conditions of pretrial release by deviating from his approved location monitoring schedule between May 21, through 31, 2022.

As noted in the above violation, Mr. Doyle admitted to using methamphetamine daily between May 21, through 31, 2022. During this period of time, Mr. Doyle was approved to leave his residence to attend his employment at Apollo, Incorporated, as a construction worker. When questioned about his use of methamphetamine, Mr. Doyle reported he was not going to work during this time period but was still leaving his home, in deviation of his approved leave schedule. Instead of going to his employment, Mr. Doyle was in the community using controlled substances during his approved time out for employment.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:    June 6, 2022

by    s/Daniel M. Manning

Daniel M. Manning
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

M. K. Dimke

Signature of Judicial Officer

6/6/2022

Date