# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 22, 2022

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Doyle, Daniel James | Docket No. | 0980 4:22CR06004-MKD-1 |

### Petition for Action on Conditions of Pretrial Release

      COMES NOW Daniel M. Manning, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Daniel James Doyle, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James P. Hutton sitting in the court at Yakima, Washington, on the 9th day of March 2022, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

      RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
      (If short insert here; if lengthy write on separate sheet and attach.)

On March 10, 2022, the conditions of pretrial supervision were reviewed with and signed by Daniel James Doyle, acknowledging an understanding of his conditions.

**Violation #4:** Daniel James Doyle is considered to be in violation of his conditions of pretrial release by using a controlled substance, methamphetamine, on or about June 20, 2022.

Mr. Doyle reported to the probation office in Richland on June 21, 2022. During this meeting, Mr. Doyle submitted a drug test which tested positive for methamphetamine. After submitting to the drug test, Mr. Doyle admitted to last using methamphetamine on or about June 20, 2022, and signed a drug use admission form.

      PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATION(S) PREVIOUSLY REPORTED TO THE COURT

| | |
|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on:   June 22, 2022 |
| by | s/Daniel M. Manning |
| | Daniel M. Manning<br>U.S. Pretrial Services Officer |

PS-8

**Re: Doyle,, Daniel James**
**June 22, 2022**
**Page 2**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

June 22, 2002
_____
Date