FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 23, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:22-CR-06004-MKD-1 |
| Plaintiff, | ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE |
| v. | |
| DANIEL JAMES DOYLE, | **MOTIONS GRANTED** |
| Defendant. | **(ECF No. 136 and 137)** |

Before the Court is Defendant's Unopposed Motion to Modify Conditions of Release, **ECF No. 136** and Motion to Expedite, **ECF No. 137**. Defendant recites in his motion that the United States and U.S. Probation do not oppose this request.

Specifically, Defendant is requesting the modification of Special Condition No. 11, to impose a curfew from 10:00 p.m. to 5:00 a.m. daily.

The Court finding good cause, **IT IS ORDERED** Defendant's Motions, **ECF Nos. 136 and 137,** are **GRANTED**.

**Special Condition No. 11, ECF No. 42, shall be modified as follows:**

(11) **Curfew**: Defendant shall be restricted to his/her residence: every day from 10:00 p.m. to 5:00 a.m. except for medical emergencies.

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED November 23, 2022.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 1