FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 26, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL JAMES DOYLE (1),<br><br>Defendant. | No. 4:22-CR-06004-MKD-1<br><br>ORDER GRANTING UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE AND MOTION TO EXPEDITE<br><br>**ECF Nos. 176, 177** |
|---|---|

Before the Court is Defendant Daniel James Doyle's (1) Unopposed Motion to Modify Conditions of Release, ECF No. 176, and related Motion to Expedite, ECF No. 177. The Court previously removed Special Condition 11, which imposed home confinement but was later amended to impose a curfew. ECF No. 169 at 2. Defendant Doyle now asks the Court for an order striking Special Condition 10 of his pretrial release. Condition 10 imposes GPS location monitoring. ECF No. 47 at 7 ¶10. There is no opposition to the requested modification from the United States or the Probation Office. The Court has reviewed the record and the motion and, pursuant to 18 U.S.C. § 3142(b),

ORDER - 1

Defendant's request to remove Special Condition No. 10, which imposes GPS location monitoring, *see* ECF No. 42 at 7, is granted.

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant Daniel James Doyle's (1) Unopposed Motion to Modify Conditions of Release, **ECF No. 176**, is **GRANTED.** The related Motion to Expedite, **ECF No. 177**, is **GRANTED.**

2. Special Condition No. 10, as found in ECF No. 42, is **REMOVED**.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and provide copies to counsel, the United States Probation Office, and the United States Marshals Service.

DATED May 26, 2023.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2